FILED
CLERK, U.S. DISTRICT COURT

OCT 16 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY JOSEPH McGHEE,                )   NO. CV 12-3578-JAK(E)
                                      )
                 Petitioner,          )
                                      )
       v.                             )   ORDER ACCEPTING FINDINGS,
                                      )
KEVIN CHAPPELL, Warden,               )   CONCLUSIONS AND RECOMMENDATIONS OF
                                      )
                 Respondent.          )   UNITED STATES MAGISTRATE JUDGE
                                      )
_____)

        Pursuant to 28 U.S.C. section 636, the Court has reviewed the
First Amended Petition, all of the records herein and the attached
Report and Recommendation of United States Magistrate Judge.  Further,
the Court has engaged in a de novo review of those portions of the
Report and Recommendation to which any objections have been made.  The
Court accepts and adopts the Magistrate Judge's Report and
Recommendation.


        IT IS ORDERED that Judgment be entered denying and dismissing the
First Amended Petition with prejudice.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____, 2017.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE