
FILED
CLERK, U.S. DISTRICT COURT
OCT 16 2017
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOSEPH McGHEE, | NO. CV 12-3578-JAK(E) |
| Petitioner, | |
| v. | JUDGMENT |
| KEVIN CHAPPELL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: _____, 2017.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE